**Order entered January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01616-CR

**CHARLES FREDRICK BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80942-2012**

## ORDER

The Court **GRANTS** appellant's January 7, 2014 motion to substitute counsel. Franklyn Mickelsen is substituted for Stephanie Hudson as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Franklyn Mickelsen, Broden & Mickelsen, 2600 State Street, Dallas, Texas 75204; telephone: (214) 720-9552; telecopier: (214) 720-9594.

/s/    DAVID EVANS
        JUSTICE